1424

## CASE ANNOUNCEMENTS

*August 15, 2008*

[Cite as *08/15/2008 Case Announcements,* 2008-Ohio-4113.]

### MEDIATION REFERRALS

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2008–0443.   Colonial Village Ltd. v. Washington Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2004–A–574.

**2008–0559.   Colonial Village Ltd. v. Washington Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2005–A–987.

**2008–0560.   Colonial Terrace Apts. v. Washington Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2005–A–993.

**2008–0561.   Colonial Terrace Apts. II v. Washington Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2005–A–992.

## CASE ANNOUNCEMENTS

*August 18, 2008*

[Cite as *08/18/2008 Case Announcements,* 2008-Ohio-4150.]

### MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2008–1466.   State ex rel. Dishman v. Indus. Comm.**
Franklin App. No. 07AP–613, 2008-Ohio-3291.

## CASE ANNOUNCEMENTS

*August 19, 2008*

[Cite as *08/19/2008 Case Announcements,* 2008-Ohio-4170.]